1 | JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
2 | ANNASARA G. PURCELL (CSB NO. 295512)
apurcell@fenwick.com
3 | FENWICK & WEST LLP
555 California Street, 12th Floor
4 | San Francisco, CA 94104
Telephone: (415) 875-2300
5 | Facsimile: (415) 281-1350

6 | ERIC BALL (CSB NO. 241327)
eball@fenwick.com
7 | FENWICK & WEST LLP
Silicon Valley Center
8 | 801 California Street
Mountain View, CA 94041
9 | Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendant Fetzer Vineyards, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAZERAC COMPANY, INC., a Louisiana corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FETZER VINEYARDS, a California corporation,<br><br>　　　　　　Defendant. | CASE NO.: 15-cv-04618-JCS<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Date Action Filed: October 6, 2015 |

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

CASE NO.: 15-cv-04618-JCS

Pursuant to Civil Local Rule 6-1(a), Plaintiff Sazerac Company, Inc. ("Sazerac") and Defendant Fetzer Vineyards, Inc. ("Fetzer") (collectively, the "Parties") submit the following stipulation:

1. Sazerac asserts that it validly served the summons and complaint in this action, and asserts that Fetzer currently has until October 30, 2015 to answer or otherwise respond to Sazerac's complaint;

2. Fezter has requested and Sazerac has consented to an extension of time for Fezter to answer or otherwise respond to Sazerac's complaint until November 20, 2015;

3. The Parties believe this extension of time for Fetzer to respond to Sazerac's complaint will not alter the date of any event or any deadline already fixed by Court order; and

4. This is the first extension of the deadline for Fetzer to respond to the complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that:

1. Defendant Fetzer Vineyards, Inc. shall answer or otherwise respond to Sazerac Company, Inc.'s complaint by November 20, 2015.

Respectfully submitted,

Dated: October 28, 2015      COOLEY LLP

By: /s/ Peter J. Willsey
   Peter J. Willsey
   Attorneys for Plaintiff Sazerac Company, Inc.

Dated:  October  28, 2015      FENWICK & WEST LLP

By: /s/ Jedediah Wakefield
   Jedediah Wakefield
   Attorneys for Defendant Fetzer Vineyards, Inc.

Dated: 10/29/15

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT        1        CASE NO.: 15-cv-04618-JCS

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Jedediah Wakefield, am the ECF User whose identification and password are being used to file this **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated:  October 28, 2015           */s/* Jedediah Wakefield
                                   Jedediah Wakefield

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT          2          CASE NO.: 15-CV-04618-JCS