AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |
|---|---|---|

SAZERAC COMPANY, INC.

                  Plaintiff (s),

V.

FETZER VINEYARDS, INC.

                  Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:   3:15-cv-04618-WHO

Notice is hereby given that, subject to approval by the court,   FETZER VINEYARDS, INC.   substitutes

                                                    (Party (s) Name)

STEVEN R. DISHAROON , State Bar No. 273170   as counsel of record in

              (Name of New Attorney)

place of   JEDEDIAH WAKEFIELD OF FENWICK & WEST, LLP .

                                   (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | WOOD, SMITH, HENNING & BERMAN, LLP |
| Address: | 1401 WILLOW PASS ROAD, SUITE 700, CONCORD, CA 94520 |
| Telephone: | (925) 222-3400    Facsimile  (925) 356-8250 |
| E-Mail (Optional): | sdisharoon@wshblaw.com |

I consent to the above substitution.

Date:   5th April 2016

                                (Signature of Party (s))

I consent to being substituted.

Date:   4/4/2016

                        JEDEDIAH WAKEFIELD

                                (Signature of Former Attorney (s))

I consent to the above substitution.

Date:   4/4/2016

                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   April 13, 2016

                                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]