COOLEY LLP
PETER J. WILLSEY (*Pro Hac Vice*)
(pwillsey@cooley.com)
VINCENT J. BADOLATO (*Pro Hac Vice*)
(vbadolato@cooley.com)
1299 Pennsylvania Ave., NW Suite 700
Washington, D.C. 20004-2400
Tel:    (202) 842-7800
Fax:   (202) 842-7899

THOMAS M. HADID (291390)
(thadid@cooley.com)
1333 Second Street, Suite 400
Santa Monica, CA 90401-4100
Tele:  (310) 883-6400
Fax:   (310) 883-6500

Attorneys for Plaintiffs
SAZERAC COMPANY, INC. and
SAZERAC BRANDS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAZERAC COMPANY, INC., A LOUISIANA CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FETZER VINEYARDS, INC., A CALIFORNIA CORPORATION,<br><br>Defendant. | Case No.: 15-cv-04618-WHO<br><br>**JOINT STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES REGARDING DEFENDANT FETZER VINEYARDS'S MOTION FOR SUMMARY JUDGMENT** |

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED as modified below**.

Plaintiffs' deadline to file an opposition to Defendant's Motion for Summary Judgment is extended up to and including March 6, 2017, and Defendant's deadline to file its reply in support of its Motion for Summary Judgment is extended up to and including March 20, 2017.  The

1  hearing on the motion is continued to **April 4, 2017, at 1:30 p.m.**

Dated: March 2, 2017

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

LEGAL:06143-0586/6903305.1

2.

JOINT STIPULATION
(CASE NO.: 15-CV-04618-WHO)