UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** May 30, 2017 | **Time:** 29 minutes 2:20 p.m. to 2:49 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 15-cv-04618-WHO | **Case Name:** Sazerac Company, Inc. v. Fetzer Vineyards | |

**Attorney for Plaintiff:** Peter Willsey
**Attorneys for Defendant:** Bob Holtzapple and Steve Disharoon

**Deputy Clerk:** Jean Davis            **Court Reporter:** Rhonda Aquilina

PROCEEDINGS

Counsel appear for Pretrial Conference. The Court advises counsel of the intention to deny all motions in limine. All the evidence described appears to be reasonably within the bounds of relevance and will go to weight rather than admissibility. Argument of counsel heard as to the motions in limine. The motions are denied.

Counsel discuss dispute regarding the possible use of "lay expert" witness testimony. The Court is inclined to regard these individuals as fact witnesses with some degree of specialized knowledge and experience related to this industry, and will entertain some opinion testimony tethered to that experience.

Court discusses proposed schedule. The trial will begin June 26, 2017; and it must end by Friday, June 30, 2017, because a class action jury trial is scheduled to begin the following week. Each side is limited to 12 hours each, with time counting when one side is in control of the podium. The daily trial schedule is anticipated to be as follows:

   Monday 8:00 a.m. to 4:30 p.m.
   Tuesday 8:00 a.m. to 12:00 p.m.
   Wednesday 8:00 a.m. to 12:30 p.m.
   Thursday 8:00 a.m. to 12:30 p.m and 2:00 p.m. to 5:00 p.m.
   Friday 8:00 a.m. to 1:00 p.m.

Any post-trial briefing or amended findings of fact and conclusions of law shall be filed by July 28, 2017. If closing arguments are necessary, they will conducted on August 11, 2017 at 10:00 a.m.

Witnesses should be called only a single time to be fully examined and cross examined by both sides. Declarations of designated witnesses may be utilized by counsel in lieu of direct live

testimony.  A single corporate representative (per side) will be allowed to remain in the courtroom throughout the trial, unless counsel agree to a different arrangement.  Witnesses shall be sequestered until they have testified.