UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAZERAC COMPANY, INC., et al.,<br>            Plaintiffs,<br>   v.<br>FETZER VINEYARDS, INC.,<br>            Defendant. | Case No. 15-cv-04618-WHO<br><br>**JUDGMENT IN A CIVIL CASE**<br>Re: Dkt. No. 141 |

Pursuant to Findings of Fact and Conclusions of Law entered by the Court on September 19, 2017, judgment is accordingly entered in favor of the defendant and against plaintiff.

Dated: September 19, 2017                            Susan Y. Soong, Clerk

                                                                             By: Jean M. Davis, Deputy Clerk