| | |
|---|---|
| Name | COOLEY LLP, PETER J. WILLSEY (*Pro Hac Vice*) |
| Address | 1299 Pennsylvania Ave., NW Suite 700 |
| City, State, Zip | Washington, D.C. 20004-2446 |
| Phone | (202) 842-7800 |
| Fax | (202) 842-7899 |
| E-Mail | pwillsey@cooley.com |

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☐ Retained

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SAZERAC COMPANY, INC. and SAZERAC BRANDS, LLC,

PLAINTIFF(S),

v.

FETZER VINEYARDS, INC.,

DEFENDANT(S).

CASE NUMBER:
**15-cv-04618-WHO**

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that SAZERAC COMPANY, INC. and SAZERAC BRANDS, LLC hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
Order on Fetzer's Motion for Summary Judgment (Docket No. 80), April 27, 2017

☒ Judgment (specify):
Judgment (Docket No. 142), September 19, 2017

☒ Other (specify):
Findings of Fact and Conclusions of Law (Docket No. 141), September 19, 2017

Imposed or Filed on [Judgment filed on 9/19/17]. Entered on the docket in this action on [Judgment entered on 9/19/17]

A copy of said judgment or order is attached hereto.

| | |
|---|---|
| September 22, 2017 | /s/ *Peter J. Willsey* |
| Date | Signature |
| | ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk |

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)   NOTICE OF APPEAL


American LegalNet, Inc.
www.FormsWorkFlow.com