United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAZERAC COMPANY, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FETZER VINEYARDS, INC.,<br><br>　　　　　　Defendant. | Case No. 15-cv-04618-WHO<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 141 |

Pursuant to Findings of Fact and Conclusions of Law entered by the Court on September 19, 2017, judgment is accordingly entered in favor of the defendant and against plaintiff.

Dated: September 19, 2017　　　　　　　　　　　　Susan Y. Soong, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　*Jean M. Davis*
　　　　　　　　　　　　　　　　　　　　　　　By: Jean M. Davis, Deputy Clerk